In re State of Louisiana; — Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Ouachita, 4th Judicial District Court Div. C, Nos. 31723, 31724, 31725, 31726; to the Court of Appeal, Second Circuit, No. 35162-KW.
Writ granted; convictions and sentences reinstated.
Stark’s guilty plea waived all nonjuris-dictional defects in proceedings leading to the plea, including claims related to discriminatory selection of grand juries and their foremen. Tollett v. Henderson, 411 U.S. 258, 267, 93 S.Ct. 1602, 1608, 36 L.Ed.2d 235 (1973); State v. McKinney, 406 So.2d 160, 161 (La.1981); State v. Crosby, 338 So.2d 584, 586 (La.1976); State v. Valentine, 259 La. 1019, 1024-25, 254 So.2d 450, 452 (1971); State ex rel. Chicola v. Gen’l Mgr. of La. State Peniten *639 tiary, 188 La. 694, 705, 177 So. 804, 807-08 (1937); State v. Bergeron, 152 La. 38, 39, 92 So. 726, 727 (1922).